UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CRAIG CUNNINGHAM,

     Plaintiff,

v.                                 Case No:   6:18-cv-1535-Orl-37TBS

BIG PUBLICATIONS, LLC; ON TIME
ENTERPRISES, INC.; GUSTAVO
GONZALEZ; and BIG PUBLICATIONS
NV, LLC,

     Defendants.

_____

## ORDER OF DISMISSAL

     Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 11) filed October 30, 2018.   No answer has been filed.   Accordingly, it is

     **ORDERED** that this case is hereby **DISMISSED** without prejudice.   The Clerk is directed to terminate all pending motions and close the file.

     **DONE AND ORDERED** in Chambers in Orlando, Florida, on November 5, 2018.

ROY B. DALTON JR.
United States District Judge

Copies:        Counsel of Record